UNITED STATES of America,
Plaintiff–Appellee,

v.

Willie B. SHARP, Jr., Defendant–
Appellant.

No. 06–10886
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 7, 2006.

Karin B. Hoppmann, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Ostrander, Bradenton, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Willie B. Sharp, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Sharp's conviction and sentence are **AFFIRMED**.